# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2013

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Webber, E. Richard | Eastern District of Missouri | 01/05/2015 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. District Judge - Active Senior | ☐ Nomination    Date<br>☐ Initial   ☑ Annual   ☐ Final<br>5b. ☑ Amended Report | 01/01/2013<br>to<br>12/31/2013 |

**7. Chambers or Office Address**

U.S. District Court
111 S. Tenth St., Suite 8 South
St. Louis, MO 63102

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Insert signature on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Partner (see VIII) | Eureka Land Company (see VIII) |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Webber, E. Richard | 01/05/2015 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2013 | Missouri State Judicial Retirement | $65,352.29 |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|
| 1. | | | | |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Webber, E. Richard | 01/05/2015 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☐ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | David C. Pratt | St. Louis Cardinals Baseball Tickets | $1,000.00 |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Webber, E. Richard | 01/05/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. U.S. Savings Bonds | | None | J | T | | | | | |
| 2. Transamerica Life Ins. Co. | A | Dividend | K | T | | | | | |
| 3. Savings Acct U.S. Bank | A | Interest | K | T | | | | | |
| 4. Franklin Templeton US Gov't Sec. Fund-Class A | B | Dividend | L | T | | | | | |
| 5. 1/2 interest in real estate / Scotland County, Missouri | E | Inheritance | N | W | | | | | |
| 6. Condominium Lake of the Ozarks, Camden County MO (See VIII) | D | Rent | M | W | | | | | |
| 7. John Hancock Annuity | C | Dividend | K | T | | | | | |
| 8. Procter and Gamble | A | Dividend | | | Sold | 03/21/13 | J | A | |
| 9. Bank of Kirksville CD | A | Interest | K | T | | | | | |
| 10. Bank of Kirksville CDs - 1/2 Interest (grouped) | A | Interest | K | T | | | | | |
| 11. Lowes Companies (stock) | A | Dividend | | | Sold | 03/20/13 | J | A | |
| 12. Southwest Airlines (stock) | A | Dividend | | | Sold | 06/26/13 | J | A | |
| 13. John Hancock Life Style Balanced A | A | Dividend | | | Sold | 06/19/13 | J | A | |
| 14. Applied Materials (stock) | A | Dividend | | | Sold | 11/15/13 | J | A | |
| 15. Cisco Systems (stock) | A | Dividend | | | Sold | 12/02/13 | J | A | |
| 16. St. Joe (stock) | A | Dividend | | | Sold | 03/01/13 | J | A | |
| 17. Western Union (stock) | B | Dividend | | | Sold | 11/11/13 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Webber, E. Richard | 01/05/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Gabelli Asset Fund | A | Dividend | | | Sold | 06/19/13 | J | A | |
| 19. Ford Motor Company (stock) | B | Dividend | K | T | | | | | |
| 20. -Ford Motor Company (stock) | A | Dividend | J | T | Buy | 11/27/13 | J | | |
| 21. -Ford Motor Company (stock) | A | Dividend | J | T | Buy | 12/2/13 | J | | |
| 22. -Ford Motor Company (stock | A | Dividend | J | T | Buy | 12/18/13 | J | | |
| 23. General Motors (stock) | A | Dividend | J | T | | | | | |
| 24. -General Motors (stock) | A | Dividend | J | T | Buy | 1/3/13 | J | | |
| 25. -General Motors (stock) | A | Dividend | J | T | Buy | 1/4/13 | J | | |
| 26. -General Motors (stock) | A | Dividend | J | T | Buy | 3/6/13 | J | | |
| 27. Bank of New York Mellon (stock) | A | Dividend | J | T | Buy | 07/15/13 | J | | |
| 28. Berkshire Hathaway (stock) | A | Dividend | J | T | Buy | 03/06/13 | J | | |
| 29. CSX (stock) | A | Dividend | J | T | Buy | 09/30/13 | J | | |
| 30. Encana (stock) | A | Dividend | J | T | Buy | 11/11/13 | J | | |
| 31. Express Scripts (stock) | A | Dividend | J | T | Buy | 11/15/13 | J | | |
| 32. General Electric (stock) | A | Dividend | J | T | Buy | 03/20/13 | J | | |
| 33. Oracle (stock) | A | Dividend | J | T | Buy | 09/30/13 | J | | |
| 34. Potash Corp of Saskatchewan (stock) | A | Dividend | J | T | Buy | 07/15/13 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. -Potash Corp of Saskatchewan (stock) | A | Dividend | J | T | Buy | 08/01/13 | J | | |
| 36. State Farm Whole Life (64) | A | Dividend | J | T | | | | | |
| 37. State Farm Whole Life (67) | A | Dividend | J | T | | | | | |
| 38. Royal Alliance Sun America Trust (includes lines 39-42) | | | | | | | | | |
| 39. - FMI Large Cap Fund | A | Dividend | J | T | Buy | 06/21/13 | J | | |
| 40. -Pemco Income Fund | A | Dividend | J | T | Buy | 06/21/13 | J | | |
| 41. - RS Select Growth Fund | A | Dividend | J | T | Buy | 06/21/13 | J | | |
| 42. - Eaton Vance Floating Rate Fund | A | Dividend | | | Sold | 06/19/13 | K | A | |
| 43. Royal Alliance (includes lines 44-55) | | | | | | | | | |
| 44. -BBH Core Select Fund | A | Dividend | J | T | Buy | 06/21/13 | J | | |
| 45. -Eaton Vance Atlanta Capital SMID Cap Fund | A | Dividend | K | T | | | | | |
| 46. -Eaton Vance Strategic Income Fund Class | A | Dividend | | | Sold | 06/19/13 | J | A | |
| 47. -Templeton Global Bond Fund | A | Interest | | | Sold (part) | 06/19/13 | J | A | |
| 48. -Euro Pacific Growth Fund | A | Dividend | J | T | | | | | |
| 49. -Fidelity New Insights Fund Class C | A | Dividend | J | T | | | | | |
| 50. -Franklin TempletonTax Free Inc. | A | Interest | J | T | | | | | |
| 51. -Icon Energy Fund | A | Dividend | J | T | | | | | |

1. Income Gain Codes:
(See Columns B1 and D4)
2. Value Codes
(See Columns C1 and D3)
3. Value Method Codes
(See Column C2)

A =$1,000 or less
F =$50,001 - $100,000
J =$15,000 or less
N =$250,001 - $500,000
P3 =$25,000,001 - $50,000,000
Q =Appraisal
U =Book Value

B =$1,001 - $2,500
G =$100,001 - $1,000,000
K =$15,001 - $50,000
O =$500,001 - $1,000,000

R =Cost (Real Estate Only)
V =Other

C =$2,501 - $5,000
H1 =$1,000,001 - $5,000,000
L =$50,001 - $100,000
P1 =$1,000,001 - $5,000,000
P4 =More than $50,000,000
S =Assessment
W =Estimated

D =$5,001 - $15,000
H2 =More than $5,000,000
M =$100,001 - $250,000
P2 =$5,000,001 - $25,000,000

E =$15,001 - $50,000

T =Cash Market

| Name of Person Reporting | Date of Report |
|---|---|
| Webber, E. Richard | 01/05/2015 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. -Mainstay Unconstrained Bond Fund | A | Interest | J | T | Buy | 06/21/13 | J | | |
| 53. -Mairs and Power Growth Fund | A | Dividend | J | T | Buy | 07/03/13 | J | | |
| 54. -Principal Preferred Securities Fund | A | Interest | J | T | | | | | |
| 55. -Templeton Global Bond Fund | A | Interest | J | T | Sold (part) | 6/19/13 | J | A | |
| 56. Royal Alliance ▮▮▮ (includes lines 57-60) | | | | | | | | | |
| 57. -American Balanced Fund | A | Dividend | J | T | | | | | |
| 58. -FMI Large Cap Fund | A | Dividend | J | T | | | | | |
| 59. -Franklin Templeton Tax Free, Inc. | A | Interest | J | T | | | | | |
| 60. -Mainstay Market Field Fund | A | Dividend | J | T | Buy | 06/21/13 | J | | |
| 61. Royal Alliance Roth (includes lines 62-74) | | | | | | | | | |
| 62. -Columbia Dividend Opportunity Fund Class Z | A | Dividend | | | Sold | 03/28/13 | K | A | |
| 63. -Investco Balanced Risk Allocation Fund Class A | A | Dividend | | | Sold | 06/19/13 | K | A | |
| 64. -Eaton Vance Atlanta Capital SMID Cap Fund | A | Dividend | J | T | | | | | |
| 65. -Doubleline Total Return Bond Fund | A | Dividend | J | T | | | | | |
| 66. -FMI Large Cap Fund | A | Dividend | J | T | Buy | 06/21/13 | J | | |
| 67. -Principal Preferred Sec. Fund | A | Dividend | J | T | | | | | |
| 68. -Federated Koffman Large Cap Fund | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Webber, E. Richard | 01/05/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. -Oakmark International Fund | A | Dividend | J | T | | | | | |
| 70. -Mainstay Market Field Fund Class C | A | Dividend | K | T | Buy | 06/26/13 | K | | |
| 71. -RS Select Growth Fund | A | Dividend | J | T | | | | | |
| 72. -TCW Total Return Bond Fund | A | Dividend | K | T | | | | | |
| 73. -Templeton Global Bond Fund | A | Dividend | J | T | | | | | |
| 74. -RS Global Natural Resources Fund Class A | A | Dividend | J | T | | | | | |
| 75. Royal Alliance 529 Trust ▨ (includes lines 76-77) | | | | | | | | | |
| 76. -American Fund AMCAP | A | Dividend | J | T | | | | | |
| 77. -American Fund Euro Pacific Fund | A | Dividend | J | T | | | | | |
| 78. Royal Alliance 529 Trust ▨ (includes lines 79-80) | | | | | | | | | |
| 79. -American Fund 529 Trust | A | Dividend | J | T | | | | | |
| 80. -American Fund Euro Pacific Fund | A | Dividend | J | T | | | | | |
| 81. Legg Mason ▨ (1/2 interest) (includes lines 82-83) | | | | | | | | | |
| 82. -Western Asset Managed Muni C | A | Interest | K | T | | | | | |
| 83. -Western Asset Short Duration Muni C | A | Interest | J | T | | | | | |
| 84. Legg Mason - Western Asset Managed Muni C | A | Interest | K | T | | | | | |
| 85. USB (includes lines 86-92) | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Webber, E. Richard | 01/05/2015 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. -Franklin Templeton MO Tax Free Fund | A | Interest | K | T | Sold | 03/14/13 | K | A | |
| 87. -Nuveen Flagship MO | A | Interest | K | T | Buy | 03/26/14 | K | | |
| 88. -Nuveen Flagship MO | A | Interest | K | T | Sold | 7/15/13 | K | A | |
| 89. -Coca Cola | A | Dividend | J | T | Buy | 07/17/13 | J | | |
| 90. -Conoco Phillips | A | Dividend | J | T | Buy | 07/17/13 | J | | |
| 91. -National Oilwell Varco | A | Dividend | J | T | Buy | 07/17/13 | J | | |
| 92. -Wells Fargo Co | A | Dividend | J | T | Buy | 07/17/13 | J | | |
| 93. Lincoln Financial Insurance (whole life) | A | Dividend | J | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Personal Information: Name - Ernest R. Webber, Jr. (a/k/a E. Richard Webber)

Section I: Partner, Eureka Land Company - Approximately thirty years ago, I and four other men purchased eighty (80) acres of low productive land by each contributing $3000.00. It is used for hunting and farming. The annual income to me is around $500.00. There are no officers. There is a small old barn on the premises. I have no leadership role among the five owners.

Section VII:

Line 6: This property was purchased in March, 2005, for $135,000 and was included on the appropriate report for that year. The property is located in Camden County, Missouri.

Line 50: Franklin Templeton Tax Free Incoome Fund is currently valued as "J." It was errnously valued on the 2012 report as "K." Part of it was sold in 2012.

Line 62: Columbia Dividend Opportunity Fund Class Z was erroneously omitted from the 2012 report. It was purchased 12/22/11. (Roth)

Line 63: Investco Balanced Risk Allocation Fund Class A was erroneously omitted from the 2012 report. It was bought 11/17/11 and sold 6/19/13.

Line 65: Doubleline Total Return Bond Fund was erroneously omitted from the 2013 report. It was purchased 8/8/12.

Line 67: Principal Preferred Securities Fund Class A was erroneously omitted from the 2012 report. It was purchased 2/8/2011.

Line 74: RS Global Natural Resources Fund Class A was purchased 2/8/11 and was errnously omitted from the 2012 report.

Line 81: I own one-half interest in Legg Mason Funds with ▮▮▮ (S & W Farm).

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ E. Richard Webber**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544